IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 5:11-cv-05705 EJD |
| KRISHAN CORPORATION, | (Appeal from Days Inn Wordwide, Inc. v. Krishan (In re Krishan Corporation), Bankr. N.D. Cal. (San Jose) Case No. 10-50824, Adv. No. 10-5104) |
| Debtor. / | |
| DAYS INN WOLDWIDE, INC., | Adv. Proc. No. 10-5104 |
| Plaintiff(s)/Respondent(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| KRISHAN CORPORATION, | |
| Defendant(s)/Appellant(s). / | |

Appellant Krishan Corporation ("Appellant") filed a Notice of Appeal from a decision of the Bankruptcy Court on November 29, 2011. See Docket Item No. 1. The appellate record was entered on the docket on December 29, 2011. See Docket Item No. 3. Pursuant to Bankruptcy Local Rule 8010-1, Appellant was obligated to file an opening brief 28 days after the entry of the record. To date, Appellant has not filed a brief and has taken no further action on this case.

Accordingly, the Court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute. If Appellant does not file a response to this order to show cause by **May 3, 2012**, demonstrating why the case should not be dismissed, the Court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

Dated: April 18, 2012

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:11-cv-05705 EJD
ORDER TO SHOW CAUSE